OCT 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant, Arrest Warrant and Criminal Complaint [sealed] | Misc no. ORDER 2:08-MJ-0384 KJM |

The Court hereby orders that the Search Warrant, Arrest Warrant, and Criminal Complaint; the Affidavit in support thereof; and face pages, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order in the above-referenced case, shall be sealed until further order of the Court.

DATED: 10/27, 2008

HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge