1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED

OCT 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>YI NIU, aka Wilson,<br><br>            Defendant. | 08 MJ 0384 KJM<br>08-SW 0469 KJM<br><br>APPLICATION FOR UNSEALING<br>ORDER; AND ORDER |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case.  Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008                McGREGOR W. SCOTT
                                       United States Attorney

                                       By /s/ Robin R. Taylor
                                          ROBIN R. TAYLOR
                                          Assistant U.S. Attorney

1

1 | Application for Unsealing Order & Order
Page 2

## ORDER

SO ORDERED:

DATED: October 29, 2008

```
_____
HON. KIMBERLY MUELLER
United States Magistrate
```